## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Katergaris v. City of New York                    Docket No.: 24-1889

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Hannah J. Sarokin

Firm: New York City Law Department

Address: 100 Church Street, New York, NY 10007

Telephone: 212-356-5036                    Fax: 212-356-1148

E-mail: hsarokin@law.nyc.gov

**Appearance for:** City of New York / Appellees
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Hon. Sylvia O. Hinds-Radix / NYC Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Hannah J. Sarokin

Type or Print Name: Hannah J. Sarokin