

INSTITUTE FOR JUSTICE
WASHINGTON

July 31, 2024

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Serafim Georgios Katergaris v. City of New York*,
           Docket No. 24-1889

Dear Ms. Wolfe,

Pursuant to Local Rule 31.2(a)(1)(A), Appellant in the above-captioned case respectfully requests that the deadline for submitting Appellant's opening brief be set for October 21, 2024.

This date is within 91 days of the "ready date", as required by L.R. 31.2(a)(1)(A). The ready date in this case was July 23, 2024, when counsel for Appellant filed Form D notifying the Court that they were not ordering a transcript. *See* Dk. 14.1.

Please feel free to contact me if you have any questions.

                                  Sincerely,

                                  /s/ William R. Maurer
                                  William R. Maurer
                                  wmaurer@ij.org

                                  *Attorney for Appellant*

ARLINGTON    AUSTIN    CHICAGO    MIAMI    PHOENIX    SEATTLE

600 University St., Suite 2710  Seattle, WA 98101   P: (206) 957-1300   F: (206) 957-1301
general@ij.org   www.ij.org/washington